■ BLDG. MANAGEMENT CO., INC., Respondent, v GREGORY ANTOLLINO, Appellant. [720 NYS2d 342] —Order of the Appellate Term of the Supreme Court, First Department, entered March 24, 2000, unanimously affirmed for the reasons stated by the majority at Appellate Term, without costs or disbursements. No opinion. Concur—Nardelli, J. P., Tom, Mazzarelli, Wallach and Rubin, JJ.